

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Rodney Holt Tucker

**Civil Action No.** 24cv01830-TWR-BJC

**Plaintiff,**

V.

Brian Kwan. MD, Hillcrest Emergency;
Gabriel Wardi, MD, Hillcrest Emergency

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court Grants Plaintiff's IFP Motion and Dismisses Plaintiff's Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) for lack of subject-matter jurisdiction Without Leave To Amend but Without Prejudice to Plaintiff refiling his claims in the Superior Court of California, County of San Diego.

**Date:**    10/15/24

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  A. Santiago

A. Santiago, Deputy